IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| STEVE SHELTON, on behalf of RUBY FAWN SHELTON, as her Gaurdian and Conservator, | * * * * | |
| Plaintiff, | * * | CV 122-136 |
| v. | * * | |
| UNIVERSITY HOSPITAL MCDUFFIE COUNTY d/b/a Piedmont McDuffie Hospital; and AYODELE ABEL AYEDUN, MD, | * * * * * | |
| Defendants. | * * | |

**O R D E R**

This matter is before the Court on its own accord. On August 23, 2024 this Court issued an order extending the stay of this case an additional thirty days. (Doc. 19.) On September 23, 2024, Plaintiff and Defendant Ayodele A. Ayedun filed a status report requesting the stay be extended an additional two weeks to pursue possible settlement. (Doc. 23.) Two weeks have since passed, and the Court has not received an updated status report on settlement discussions. Accordingly, the Court **DIRECTS** Plaintiff and Defendant Ayodele A. Ayedun to file a status report within **FOURTEEN (14) DAYS** from the date of this Order detailing the status of their case.

**ORDER ENTERED** at Augusta, Georgia, this ___15th___ day of October, 2024.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```