IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| STEVE SHELTON, on behalf of Ruby Fawn Shelton, as her Gaurdian and Conservator, | * * * * | |
| Plaintiff, | * * | CV 122-136 |
| v. | * * | |
| UNIVERSITY HOSPITAL MCDUFFIE COUNTY d/b/a Piedmont McDuffie Hospital; and AYODELE ABEL AYEDUN, MD, | * * * * * | |
| Defendants. | * * | |

**O R D E R**

This matter is before the Court on its own accord. On October 29, 2024, Plaintiff and Defendant Ayodele A. Ayedun filed a status report indicating they "plan[ned] to conference [the following week] to discuss next steps, scheduling, etc., and expect[ed] to communicate with the Court regarding the same thereafter." (Doc. 25, at 1-2.) Several weeks have since passed, and the Court has not received an update from the Parties. Accordingly, the Court **DIRECTS** Plaintiff and Defendant Ayodele A. Ayedun to file a status report within **FOURTEEN (14) DAYS** from the date of this Order detailing the status of their case.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2025.

```
                              _____
                              HONORABLE J. RANDAL HALL
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF GEORGIA
```

2