IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

PHILLIP WILLIAMS, JR.,
Administrator and Personal
Representative of Ruby
Shelton's Estate,

    Plaintiff,

PHILLIP WILLIAMS, SR.,
Conservator for P.W., minor
son of Ruby Shelton and
Phillip Williams, Jr.; PHILLIP
WILLIAMS, JR., as father and
natural guardian of his minor
son, P.W.; and ALYSSA
WILLIAMS, daughter of Ruby
Shelton,

    Interested Parties,

        v.

UNIVERSITY HOSPITAL MCDUFFIE
COUNTY d/b/a PIEDMONT MCDUFFIE
HOSPITAL; and AYODELE ABEL
AYEDUN, MD,

    Defendants.

*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*

CV 122-136

**O R D E R**

Before the Court is Plaintiff's consent motion to substitute estate administrator and add parties. (Doc. 37.) Plaintiff states the Parties seek to end the litigation but need the substitution and addition of Parties to occur for settlement. (Id. at 3.) Plaintiff states Steve Shelton is no longer a proper party because he was named as Ruby Shelton's Conservator, and the Conservatorship terminated upon Ruby Shelton's

death on January 8, 2023. (Id. at 5-6.) Plaintiff seeks to substitute Phillip Williams, Jr., the Administrator of Ruby Shelton's Estate, for Steve Shelton as Plaintiff under Rule 25. (Id. at 6.) Plaintiff states Phillip Williams, Jr. is the proper party as to the claims of the Estate under O.C.G.A. § 9-2-41. (Id. at 2.) Plaintiff also seeks to add Ruby Shelton's children as interested parties under Rules 17, 19, and 21 because they are the "sole beneficiaries of any estate residuary" and have "capacity to bring wrongful death claims." (Id. at 1, 3.) Specifically, Plaintiff seeks to add Alyssa Williams, Ruby Shelton's daughter; Phillip Williams, Sr., the Conservator of Ruby Shelton's minor son, P.W.; and Phillip Williams Jr., the father and natural guardian of P.W., as the proper parties to resolve potential wrongful death claims through settlement. (Id. at 7-8.) Plaintiff states that Alyssa Williams, Phillip Williams, Jr., and Phillip Williams, Sr. consent to joint representation in this matter. (Id. at 8.) Finally, Plaintiff states Defendants consent to the substitution of parties but reserve their rights and defenses to oppose the substitution if the Court does not approve the proposed settlements and dismissals. (Id. at 6.)

Upon consideration, the motion (Doc. 37) is **GRANTED**. Accordingly, the Clerk is **DIRECTED** to update the Parties in accordance with the above caption and **TERMINATE** Steve Shelton as a Plaintiff in this case.

**ORDER ENTERED** at Augusta, Georgia, this ___15th___ day of April, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2